UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   CHERYL IRENE JONES                     CASE NO. 20-10602
   404 LEAWOOD DR                         JUDGE BENJAMIN A. KAHN
   GREENSBORO, NC 27410

       DEBTOR

SSN(1) XXX-XX-9794                        DATE: 02/23/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLIANCE UROLOGY SPECIALISTS<br>509 N ELAM AVE FL 2<br>GREENSBORO, NC  27403 | $0.00<br>INT:  .00%<br>NAME ID:  70613<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2150<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $15,884.25<br>INT:  .00%<br>NAME ID:  170495<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 2001<br>COMMENT: |
| CHERRI LEE BROWN<br>6743 HIGH ROCK RD<br>BROWNS SUMMIT, NC  27214 | $0.00<br>INT:  .00%<br>NAME ID:  182746<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $9,221.51<br>INT:  .00%<br>NAME ID:  174688<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 1083<br>COMMENT: |
| CONE HEALTH<br>P O BOX 650292<br>DALLAS, TX  75265 | $0.00<br>INT:  .00%<br>NAME ID:  152491<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO RADIOLOGY PA<br>P O BOX 63012<br>CHARLOTTE, NC  28263 | $0.00<br>INT:  .00%<br>NAME ID:  168994<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6524<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0016 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY EMS<br>P O BOX 863<br>LEWISVILLE, NC  27023 | $0.00<br>INT:  .00%<br>NAME ID:  15831<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6446<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10602

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 159810<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | | (P) PRIORITY<br>AMENDED<br>ACCT: 19TX<br>COMMENT: OC,1220A,720A |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9794<br>COMMENT: OC |
| PHOENIX FINANCIAL SERVICES<br>8902 OTIS AVE STE 103A<br>INDIANAPOLIS, IN  46216 | $0.00<br>INT: .00%<br>NAME ID: 157919<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $8,965.62<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 9711<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $5,014.10<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 1635<br>COMMENT: |
| US DEPT OF HOUSING & URBAN DEV<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK  73107 | $0.00<br>INT: .00%<br>NAME ID: 167852<br>CLAIM #: 0004 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 4212<br>COMMENT: DT,RE RP,DIR |
| WAKE FOREST BAPTIST HEALTH<br>P O BOX 603640<br>CHARLOTTE, NC  28260-3640 | $0.00<br>INT: .00%<br>NAME ID: 180520<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4691<br>COMMENT: |
| **TOTAL:** | **$39,137.48** | | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $2,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/23/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice